IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIK GARCIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | Case No. 4:22-CV-00931 |
| HARTMAN SPE, LLC, ) | |
| ) | |
| Defendant. ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, ERIK GARCIA, and Defendant, HARTMAN SPE, LLC, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the voluntary dismissal of the entire action, with prejudice and that the parties have agreed to entry of an order of Joint Stipulation of Dismissal with Prejudice. Each party is to bear their own fees and costs.

Respectfully submitted this 23rd day of May, 2022.

Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/ Douglas S. Schapiro
Douglas S. Schapiro, Esq.
Southern District of Texas ID No. 3182479
The Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

/*s/*      Justin McGee
Justin McGee, Esq.
*Attorney for Defendant*
State Bar No.  24122969
Hartman Income REIT Management, Inc.
2909 Hillcroft, Suite 420
Houston, TX  77057
Tel:  (713) 467-2222
Email:  jmcgee@hi-reit.com

**CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on this 23rd day of May, 2022.

s/  Douglas S. Schapiro
Douglas S. Schapiro, Esq.
Southern District of Texas ID No. 3182479